**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Lund Food Holdings, Inc., Lunds, Inc., | Civil No. 07-2397 (RHK/AJB) |
| Plaintiffs, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Security Insurance Company of Hartford, f/k/a Grocers Insurance Company, | |
| Defendant. | |

---

Based upon the Stipulation of Dismissal with Prejudice (Doc. No. 37) entered into by the parties and upon Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and all of the files, records and proceedings herein,

**IT IS ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE** and on the merits, without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: May 7, 2008

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge